UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
-----------------------------------------------------------------X
GUSTAVO MENDOZA (AND WIFE, HADA       :   07-CV-4494-AKH
MENDOZA),                             :
                                      :
                    Plaintiff,        :   **APPEARANCE**
                                      :
    - against -                       :
                                      :
90 CHURCH STREET LIMITED              :   **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,                :
                                      :
                    Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007
                              By:    /s/ Judith R. Cohen
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501
                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.

DOCSNY-271337v01