UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER                    **Docket No.:**
SITE LITIGATION                                                    **21 MC 102 (AKH)**
---------------------------------------------------------X
GUSTAVO MENDOZA AND
HADA MENDOZA,

                        *Plaintiffs*,                  **Case No.:**
                                                         **07-CV-4494 (AKH)**

    -against-
                                                    **NOTICE OF APPEARANCE**

60 HUDSON OWNER LLC, *et al.*,

                        *Defendants.*
---------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that AKERMAN SENTERFITT LLP hereby appears in this action on behalf of Defendant 60 Hudson Owner LLC, and requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon their counsel at the office and address stated below.

                                  Michael S. Simon (MS 5201)
                                  AKERMAN SENTERFITT LLP
                                  335 Madison Avenue, Suite 2600
                                  New York, New York 10017
                                  <u>Telephone</u>: (212) 882-2293
                                  <u>Facsimile</u>:  (212) 880-8965
                                  <u>m.simon@akerman.com</u>

                                  AND

                                  Jennifer L. Rubin (JR 7938)
                                  AKERMAN SENTERFITT LLP
                                  335 Madison Avenue, Suite 2600
                                  New York, New York 10017
                                  <u>Telephone</u>: (212) 880-3821
                                  <u>Facsimile</u>:  (212) 880-8965
                                  <u>jennifer.rubin@akerman.com</u>

{NY025966;1}

Dated: New York, New York
       February 1, 2008

                        **AKERMAN SENTERFITT LLP**

                        By: /s/ _____
                           Michael S. Simon (MS 5201)
                           Jennifer L. Rubin (JR 7938)
                           335 Madison Avenue
                           Suite 2600
                           New York, New York 10017
                           (212) 880-3800
                           *Attorneys for Defendant*
                           *60 Hudson Owner LLC*

To:    All parties via ECF

{NY025966;1}